UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABIMAEL HERRERA MEDRANO,<br><br>Defendant. | No. 2:22-cr-00121-TLN |

On April 4, 2024, Defendant Abimael Herrera Medrano ("Defendant") filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821. (ECF No. 25.)[1] Defendant filed an amended motion on April 16, 2024. (ECF No. 26.) On May 6, 2024, the Government filed a partial opposition to Defendant's motion urging the Court to grant the motion in part, and resentence him to 18 months, the high end of the new guidelines range. (ECF No. 27.) The Government noted that this Court recently granted in part the motion of Defendant's brother, Gonzalo Alexis Herrera Medrano, resentencing him to the high end of his new guidelines range, and implored the Court "to treat [the] similarly situated defendants similarly." (*Id.*) In reply, Defendant agreed with the Government's recommendation. (ECF No. 28.)

---

[1] In his motion, Mr. Herrera Medrano, who was originally sentence to 21 months, the top of the applicable guideline range, asked the Court to reduce his sentence to 12 months, the bottom of the new applicable guideline range. (ECF No. 25 at 4.)

The Court finds Defendant meets the criteria enumerated in U.S.S.G. § 4C1.1(a).  After applying Amendment 821, Defendant's offense level becomes 13.  The resulting guideline range with Defendant's criminal history category of I becomes 12 to 18 months of imprisonment.

In light of this Court's order in *United States v. Gonzalo Alexis Herrera Medrano*, 2:22-cr-00120-TLN (ECF Nos. 25, 26), the Government's position in this case, (ECF No. 27), and the principle of treating similarly situated defendants similarly, 18 U.S.C. § 3553(a)(6), the GRANTS IN PART Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c). (ECF Nos. 25, 26.)   The Court finds that Defendant is entitled to the benefit of Amendment 821, Part B Subpart 1, the "zero-point offender" provision, which reduces his total offense level from 14 to 13.  Defendant's resulting guideline range with an unchanged criminal history category of I reduces from 15 to 21 months in prison to 12 to 18 months in prison.

IT IS HEREBY ORDERED that Defendant's term of imprisonment is reduced to a term of 18 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence.  Unless otherwise ordered, Defendant shall report to the United States Probation Office within seventy-two (72) hours after his release.

IT IS SO ORDERED.

Date: May 7, 2024

_____
Troy L. Nunley
United States District Judge